SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Fax: (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0269 MHP |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| MARK MATOUSEK, | |
|    Defendant. | |

     With the agreement of the parties, and with the consent of defendant Mark Matousek, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from May 21, 2007, to July 2, 2007. The parties agree, and the Court finds and holds, as follows:

     1.     Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. As of the May 21 hearing in this case, the government had not yet produced discovery. Defendant requested this time exclusion in order to allow his counsel adequate time to obtain and review discovery.

1  2. Given these circumstances, the Court found that the ends of justice served by excluding the period from May 21, 2007, to July 2, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, at the hearing on May 21, 2007, the Court ordered that the period from May 21, 2007, to July 2, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 2, 2007                   _____/s/_____
                                      THOMAS J. NOLAN
                                      Attorney for Defendant

DATED: June 30, 2007                  _____/s/_____
                                      ANDREW P. CAPUTO
                                      Assistant United States Attorney

IT IS SO ORDERED.

DATED: 7/3/2007                       _____
                                      MARILYN H. PATEL
                                      United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court, Northern District of California*