SCOTT N. SCHOOLS (SC 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7004
Fax: (415) 436-7234
Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MARK MATOUSEK, <br><br> Defendant. | No. CR 07-0269 MHP <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

With the agreement of the parties, and with the consent of defendant Mark Matousek, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from July 2, 2007, to September 10, 2007. The parties agree, and the Court finds and holds, as follows:

1. Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant's counsel requested this time in order to review discovery and to evaluate defendant's options for proceeding with this case.

2. Given these circumstances, the Court found that the ends of justice served by

1 excluding the period from July 2, 2007, to September 10, 2007, outweigh the best interest of the
2 public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, at the hearing on July 2, 2007, the Court ordered that the period from July 2, 2007, to September 10, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: July 2, 2007

/s/
THOMAS J. NOLAN
Attorney for Defendant

DATED: July 2, 2007

/s/
ANDREW P. CAPUTO
Assistant United States Attorney

IT IS SO ORDERED.

DATED: July 5, 2007

MARILYN HALL PATEL
United States District Judge

2