SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7004
    Fax: (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0269 MHP |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM |
| v. | ) ) | SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| MARK MATOUSEK, | ) ) | |
| Defendant. | ) ) | |

    With the agreement of the parties, and with the consent of defendant Mark Matousek, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from September 10, 2007, to October 22, 2007. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case. Defendant's counsel requested this time exclusion in order to review discovery, to evaluate defendant's options for proceeding with this case, and to discuss potential resolution of the case with the government's counsel.

1  2. Given these circumstances, the Court found that the ends of justice served by
2  excluding the period from September 10, 2007, to October 22, 2007, outweigh the best interest of
3  the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).
4  3. Accordingly, and with the consent of the defendant, at the hearing on September
5  10, 2007, the Court ordered that the period from September 10, 2007, to October 22, 2007, be
6  excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
7  IT IS SO STIPULATED.

9  DATED: October 22, 2007              _____/s/_____
                                         EDWARD SWANSON
10                                       Attorney for Defendant

12 DATED: October 22, 2007              _____/s/_____
                                         ANDREW P. CAPUTO
13                                       Assistant United States Attorney

15 IT IS SO ORDERED.

17 DATED: 10/24/2007

IT IS SO ORDERED
Judge Marilyn H. Patel

2