SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7004
    Fax:  (415) 436-7234
    Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0269 MHP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| MARK MATOUSEK, | |
| Defendant. | |

    With the agreement of the parties, and with the consent of defendant Mark Matousek, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from October 22, 2007, to November 13, 2007.  The parties agree, and the Court finds and holds, as follows:

    1.    Defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case.  Defendant's counsel requested this time exclusion in order to allow time to explore a potential resolution of the case with the government's counsel.

    2.    Given these circumstances, the Court found that the ends of justice served by

excluding the period from October 22, 2007, to November 13, 2007, outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

     3.    Accordingly, and with the consent of the defendant, at the hearing on October 22, 2007, the Court ordered that the period from October 22, 2007, to November 13, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: November 2, 2007            /s/
                                      EDWARD SWANSON
                                      Attorney for Defendant

DATED: October 22, 2007            /s/
                                      ANDREW P. CAPUTO
                                      Assistant United States Attorney

IT IS SO ORDERED.

DATED: 11/6/2007                              MARILYN H. PATEL
                                      United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]*