Edward W. Swanson, SBN 159859
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Attorney for Defendant MARK MATOUSEK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK MATOUSEK,<br><br>Defendant. | Case No. CR 07-0269 MHP<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING DEFENDANT<br>MARK MATOUSEK'S STATUS<br>CONFERENCE AND EXCLUDING<br>TIME FROM SPEEDY TRIAL ACT<br>CALCULATION (18 U.S.C. § (h) (8) (A)) |

### STIPULATION

Defendant Mark Matousek, by and through his counsel Edward W. Swanson, and the United States, by and through Assistant United States Attorney Andrew P. Caputo, hereby stipulate and agree as follows:

1) A status conference in this matter is currently scheduled for November 13, 2007 at 11:00 a.m. In order to allow the parties sufficient time to complete negotiations, and in light of AUSA Caputo's scheduled leave from November 5, 2007 to November 26, 2007, the parties stipulate that the status conference be continued until December 17, 2007 at 10:00 a.m.

2) Counsel, with the consent of defendant Mark Matousek, further stipulate to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161 (c)(1), from November 13, 2007 to December 17, 2007 in order to allow time to explore a potential resolution of the case with the government's counsel.

1

1  The parties stipulate that failure to grant the requested continuance would unreasonably deny defense
2  counsel reasonable time necessary for effective preparation, taking into account the exercise of due
3  diligence, in this case.  Therefore, the parties stipulate that the ends of justice served by excluding the
4  period from November 13, 2007, to December 17, 2007, outweigh the best interest of the public and the
5  defendant in a speedy trial.  18 U.S.C. § 3161 (h) (8) (A).
6        IT IS SO STIPULATED.
7
8  DATED:11/2/2007            /s/
                                         EDWARD SWANSON
9                                           Attorney for Defendant
10
11 DATED: 11/2/2007           /s/
                                         ANDREW P. CAPUTO
12                                          Assistant United States Attorney
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

STIP. AND [PROPOSED] ORDER
CONTINUING STATUS CONFERENCE...
U.S. v. Mark Matousek, CR 07-0269 MHP         2

**ORDER**

1) The Court orders that the status conference currently scheduled for November 13, 2007 at 11:00 a.m. be continued to December 17, 2007 at 10:00 a.m.

2) Based on the stipulation of counsel, the Court finds that the ends of justice served by excluding the period from November 13, 2007, to December 17, 2007, outweigh the best interest of the public and the defendant in a speedy trial.  Therefore, the Court orders that the period from November 13, 2007, to December 17, 2007, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161 (h) (8) (A) & (B) (iv).

IT IS SO ORDERED

DATED: 11/6/2007



_____
MARILYN H. PATEL
United States District Judge

STIP. AND [PROPOSED] ORDER
CONTINUING STATUS CONFERENCE...
U.S. v. Mark Matousek, CR 07-0269 MHP                3