1  Edward W. Swanson, SBN 159859
   SWANSON McNAMARA & HALLER LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477 3800
   Facsimile:  (415) 477-9010
4  Attorney for Defendant MARK MATOUSEK

5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. CR 07-0269 MHP

12              Plaintiff,             STIPULATION AND [PROPOSED]
                                       ORDER MODIFYING JUDGMENT
13      v.

14  MARK MATOUSEK,

15              Defendant.

16

17                      STIPULATION

18      Defendant Mark Matousek, by and through his counsel Edward W. Swanson, and the United

19  States, by and through Assistant United States Attorney Andrew P. Caputo, hereby stipulate and agree

20  as follows:

21      1.      On April 28, 2008, the defendant was sentenced to a term of one year and one day.  The

22              judgment incorrectly orders that the defendant not have unsupervised contact with any

23              persons under 18.  During the defendant's sentencing hearing, the Honorable Marilyn

24              Hall Patel ordered that the defendant not have contact with any female persons under the

25              age of 18 without supervision. Reporter's transcript (sentencing) at 24: 15-16.

26  \ \ \

27  \ \ \

28

                            1

2.      The parties hereby request that the judgment be modified to correctly reflect the Court's order.


DATED:        May 30, 2008                        _____/s/_____
                                                  EDWARD W. SWANSON
                                                  Attorney for Defendant


DATED:        May 30, 2008                        _____/s/_____
                                                  ANDREW P. CAPUTO
                                                  Assistant United States Attorney


**ORDER**


Pursuant to the stipulation, IT IS SO ORDERED.


DATED:   June 2, 2008

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA