Edward W. Swanson, SBN 159859
SWANSON McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477 3800
Facsimile: (415) 477-9010
Attorneys for MARK MATOUSEK

**FILED**

JUN 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 07-0269 MHP |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SELF-SURRENDER DATE** |
| v. | |
| MARK MATOUSEK, | |
| Defendant. | |

**STIPULATION**

Defendant Mark Matousek, by and through his counsel Edward W. Swanson, and the United States, by and through Assistant United States Attorney Andrew P. Caputo, hereby stipulate and agree as follows:

1)  On April 28, 2008, the defendant was sentenced to a term of one year and one day. His self-surrender date was set for June 30, 2008. At that time the Court ordered that the judgment in Mr. Matousek's case should recommend waiver of the Bureau of Prisons public safety factor, which affects Mr. Matousek's designation to a BOP facility.

2)  Defense counsel has been attempting to work with the Bureau of Prisons regarding waiver of the public safety factor. Counsel hoped to have this matter resolved prior to Mr. Matousek's self-surrender date but has not yet had a response from BOP.

/ / /

    3)    The parties therefore agree that Mr. Matousek's self-surrender date should be continued for three weeks, to July 21, 2008, to allow defense counsel additional time to attempt to resolve this issue with BOP.

IT IS SO STIPULATED.

Dated: June 27, 2008

/s/
Edward W. Swanson
SWANSON, McNAMARA & HALLER LLP
Attorneys for MARK MATOUSEK

Dated: June 27, 2008

/s/
Andrew P. Caputo
Assistant United States Attorney

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated:

Marilyn Hall Patel
United States District Judge

Stip. and [Proposed] Order Continuing Self-Surrender
*United States v. Matousek*, CR 07-0269 MHP     2