MELINDA HAAG (CABN 132612)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br>     v. ) <br> MARK MATOUSEK, ) <br>     Defendant. ) | No. CR 07-0269 MHP <br><br> STIPULATED REQUEST TO ALLOW UNITED STATES ADDITIONAL TIME TO RESPOND TO DEFENDANT'S OBJECTIONS TO PROBATION OFFICE'S REQUEST FOR ADDITIONAL RELEASE CONDITIONS |

    The parties hereby stipulate as follows:

    1.    On August 19, 2010, in accordance with the Court's previous order, defendant Mark Matousek filed written objections to the probation office's request for additional conditions on defendant's supervised release.

    2.    Under the Court's previous order, the United States's response to defendant's objections is due on August 26.

    3.    Counsel for the United States will be on vacation during the week of August 23. In light of this vacation, the government respectfully requests an additional week, until September 2, to respond to defendant's objections.

STIPULATION AND [PROPOSED] ORDER
CR 07-0269 MHP

1       4.    Defendant does not object to the government's request for an additional week to make its filing.

3       IT IS SO STIPULATED.

DATED: August 20, 2010                              _____/s/_____
ANDREW P. CAPUTO
Assistant United States Attorney

DATED: August 20, 2010                              _____/s/_____
EDWARD W. SWANSON
Attorney for Defendant Mark Matousek

**[PROPOSED] ORDER**

Pursuant to stipulation and for good cause shown, the United States shall have until September 2, 2010, to file its response to defendant's objections to the probation office's request for additional conditions on defendant's supervised release.

IT IS SO ORDERED.

DATED:   8/23/2010                                _____
MARILYN HALL PATEL
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED / Judge Marilyn H. Patel]*

STIPULATION AND [PROPOSED] ORDER
CR 07-0269 MHP           2