| | |
|---|---|
| 1  Edward W. Swanson, SBN 159859<br>SWANSON & McNAMARA LLP<br>2  300 Montgomery Street, Suite 1100<br>San Francisco, California 94104<br>3  Telephone: (415) 477-3800<br>Facsimile: (415) 477-9010<br>4<br>Thomas J. Nolan, SBN 48413<br>5  NOLAN, ARMSTRONG & BARTON LLP<br>600 University Avenue<br>6  Palo Alto, California 94301<br>Telephone: (650) 326-2980<br>7  Facsimile: (650) 326-9704<br>8  Attorneys for MARK MATOUSEK | **FILED**<br><br>SEP − 3 2010<br><br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MARK MATOUSEK,<br><br>    Defendant. | Case No. CR 07-0269 MHP<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER SETTING BRIEFING<br>SCHEDULE REGARDING<br>ADDITIONAL RELEASE CONDITIONS |

**STIPULATION**

Mark Matousek, by and through Edward W. Swanson and Thomas J. Nolan, and the United States, by and through Assistant United States Attorney Andrew P. Caputo, hereby stipulate and agree as follows:

1)   At the hearing in this matter on August 9, 2010, Mr. Matousek's probation officer requested that the Court impose certain additional conditions related to Mr. Matousek's supervised release. The Court ordered counsel for Mr. Matousek to file any objections to this request within 10 days, and counsel filed objections on August 19, 2010.

2)   On August 23, 2010, pursuant to stipulation, the Court set September 2, 2010 as the deadline for the government to respond to the defense objections.

3)   On September 2, 2010, counsel for Mr. Matousek for the first time received a

1  copy of the actual language of the Probation Office's proposed new conditions. Because counsel
2  had not received that language by the August 19, 2010 filing deadline, the objections filed on
3  that date did not address the proposals themselves, only counsel's understanding of the proposals
4  based on statements by the probation officer in court and counsel's brief review of the proposed
5  conditions during the August 9 appearance.

6  3)   The parties agree that defense counsel should have an opportunity to respond to
7  the language of the proposed new conditions. Accordingly, the parties agree that counsel for Mr.
8  Matousek shall file a supplemental objection by September 3, 2010. The government will then
9  file its response to both defense submissions by September 10, 2010.

11  IT IS SO STIPULATED.

13  Dated: September 2, 2010

/s/
Edward W. Swanson
SWANSON & McNAMARA LLP
Attorneys for MARK MATOUSEK

/s/
Thomas J. Nolan
NOLAN, ARMSTRONG & BARTON LLP
Attorneys for MARK MATOUSEK

Dated: September 2, 2010

/s/
Andrew P. Caputo
Assistant United States Attorney

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 9/3/10

Hon. Marilyn Hall Patel
United States District Court

**Stipulation Setting Briefing Schedule**
*United States v. Matousek*, CR 07-0269 MHP            2